COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-105-CR

DONALD LEE HOLLAND        APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 89
TH
 
 
DISTRICT COURT OF WICHITA COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s  “Amended Motion To Dismiss Appeal.” 
 The motion complies with rule 42.2(a) of the rules of appellate procedure. 
Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
See 
 
Tex. R. App. P.
 42.2(a), 43.2(f). PER CURIAM

PANEL D: DAUPHINOT, HOLMAN, and GARDNER, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: July 20, 2006 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.